

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 3, 2019

**By ECF**
The Honorable Vincent Briccetti
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **United States v. Tyrone Felder,**
            **14 Cr. 604 (VB)**

Dear Judge Briccetti:

    Attached are two letters from family members of victims Maodo Kane and Aboubacar Bah. These letters were provided to the Court and to the defense in advance of today's sentencing and are being docketed for purposes of the public record.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

          by:      /s/
                      Celia Cohen
                      Assistant United States Attorney



Bronx 04/03/2019

My family and I would like to thank the Law Enforcement Agencies that tirelessly and diligently investigated this case and prosecuted it and the Honorable Judge who presided over it.

My father, whose life was cruelly cut short, was a very decent man and a devout Muslim. He also was a family man who made huge sacrifices in order to support his family. Every month he would unfailingly send a remittance that would pay for food, school fees, medical care and all necessities for the family. Each week, he would call and talk to the household reminding us, his children, of our duty to work hard in school in order to achieve what he did not have a chance to get: a good education.

He left Guinea in 1991 when I was 4 years old. I never had chance to know him. He never returned to visit because he did not have papers to travel and come back. However, he wall able to build a nice house to shelter his family and to provide for us until the day he was gunned down.

We were thousands of miles away from him, but we always knew that our wellbeing was the driving force that brought him to the US and that prompted him to work sixteen hours a days as a cab driver in order to provide for his family.

Our life was turned upside down day fateful day of August 2014 when we received that phone call from our uncle informing us of our father's death at hands of thugs. My father did not deserve to die this way. No one deserves to be murdered. That was callous and heartless. There is not one single day that I do think about that my father. We all miss him very much.

We were not brought up to hold grudges. The only thing we want is for the perpetrators to be punished to the fullest extent provided by the Law.
Thank you very much
God Bless America.



**Subject: Impact of the crime**

Losing my husband has changed my life in so many ways.Not only did I lose my best friend and companion of 3 years,I lost a piece of me.My husband's death has been the hardest thing I ever had to deal with,which impacted not just me,but also my mom.When Maodo Kane and I got married on September 2012 I was praying and hoping it would last forever,we had plan to have children;unfortunately our time was cut short.My heart still aches at the daily thought of him,at times I have to take sleep aids in order to go to sleep.My mother who currently lives with me,has helped me tremendously.She wipe my tears many day and nights,cook for me when I didn't have motivation to get out of the bed,as well as helped me financially.I currently work;however, I have struggled since his passing I have tried moving on with my life;however,losing him suddenly causes great anxiety.I attend a small support group twice a month filled with fellow believers in hopes of gaining back my connection with God,in which I lost during this time. Being that this case is still (pending) with no justice served,it causes a lot of stress and fear.Fear that my husband's death was in vein.I do not doubt in any case that the American Justice is equitable!My hair has come in patches due to stress,in which I wear a wig.As a young 37 years old woman,this has caused me to deal with high levels of insecurities,hence,I don't go out with family and friends to social events.