UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

TYRONE FELDER,

                Movant,

      -against-

UNITED STATES OF AMERICA,

                Respondent.

---------------------------------------------------------

22-CV-9926 (VB)

14-CR-0604 (VB)

ORDER TO ANSWER, 28 U.S.C. § 2255

VINCENT L. BRICCETTI, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    By January 29, 2023, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall file a response by no later than February 28, 2023. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:   November 29, 2022
           New York, New York

                                              VINCENT L. BRICCETTI
                                              United States District Judge