Felder v. united states of America 2/8/23
22-CV-09926 and 14CR604-2
(V.B)

Petitioner writes this court to inform them of a address change. Petitioner sent a letter letting the court know of his Movement and asking for a extention of time and also a copy of his 2255.

Petitioner resides at

Tyron Felder 71371-054
USP Hazelton
Po Box 2000
Bruceton Mills, WV 26525

Felder T

MEMORANDUM ENDORSEMENT:

On February 3, 2023, the Court granted petitioner's request for an extension of time to file a reply to the government's letter in opposition to his Section 2255 motion. (Doc. #6). **Accordingly, by March 31, 2023, petitioner shall submit his reply.**

On February 3, 2023, the Court also mailed a copy of petitioner's Section 2255 motion and the Order dated February 3, 2023, to petitioner at his new address. (Doc. #6).

Chambers will mail a copy of this Order to petitioner at the address listed on the docket.

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
February 14, 2023

RECEIVED FEB 13 2023 PRO SE OFFICE

RECEIVED FEB 13 2023 U.S.D.C. W.P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/23

2/14/23
Copies Mailed / Faxed
Chambers of Vincent L. Briccetti

USP Hazelton
Po Box 2000
Bruceton Mills, WV 26525
PITTSBURGH PA 150
9 FEB 2023 PM 2 L
RECEIVED
FEB 13 2023
U.S.D.C.
W.P.
USMS
Pro se Intake Unit
300 Quarropas Street
White Plains, NY 10601-4150
RECEIVED
FEB 13 2023
PRO SE OFFICE
10601-415099