UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TYRONE FELDER,                              :
              Petitioner,              :
                                                :   **ORDER**
v.                                          :
                                                :   22 CV 9926 (VB)
UNITED STATES OF AMERICA,                   :   S3 14 CR 604-2 (VB)
              Respondent.             :
----------------------------------------------------------x

        In its letter dated January 20, 2023, submitted in opposition to the pending Section 2255 motion, the government states that petitioner's cell phone was searched pursuant to a court-authorized search warrant issued in response to a search warrant application. The government also states that the warrant and warrant application were produced to petitioner on October 24, 2014, as part of Rule 16 discovery. The warrant application is attached to the government's letter, but the warrant itself is not attached. Also, the government does not attach to its letter a copy of the letter transmitting the warrant application and warrant to defense counsel.

        In order to ensure that a complete record is made with respect to the instant motion, by July 17, 2023, the government shall produce to the Court and petitioner (i) a copy of the search warrant referred to in the government's letter of January 20, 2023, and (ii) a copy of the transmittal letter to counsel of the warrant application and warrant.

        Chambers will mail a copy of this Order to petitioner at the following address:

Tyrone Felder, Reg. No. 71371-054
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

Dated: July 10, 2023
      White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge